UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK

---

UNITED STATES OF AMERICA

V.                                                      CRIMINAL NO. 5:96-CR-22-025

Andrew Bradshaw

---

FREDERICK J. SCULLIN, JR. SENIOR U.S. DISTRICT JUDGE

### ORDER

### MODIFICATION OF SUPERVISED RELEASE TERM

This Court finds the offender has violated his conditions of supervised release by committing a Grade C violation. In accordance with the policy statement set forth in the U.S. Sentencing Guidelines 7B1.3(a)(2), this Court orders the conditions of supervised release be modified as follows:

1. You shall reside for a period of six (6) months in a community corrections center or other suitable facility and shall observe the rules of that facility.

2. You shall provide the probation officer with access to any requested financial information.

3. You shall work regularly at a lawful occupation unless excused by the probation officer for schooling, training or other acceptable reasons.

All other terms of the original judgment and previous modification remain the same.

SO ORDERED.

Dated: July 11, 2006
Syracuse, New York

Honorable Frederick J. Scullin, Jr.
Senior U.S. District Judge